NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

USMAN KHAN,                               )
                                          )
            Appellant,                    )
                                          )
v.                                        )      Case No. 2D18-415
                                          )
STATE OF FLORIDA,                         )
                                          )
            Appellee.                     )
_____    )

Opinion filed August 23, 2019.

Appeal from the Circuit Court for
Hillsborough County; Mark D. Kiser,
Judge.

Alex R. Stavrou, Tampa, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Linsey Sims-
Bohnenstiehl, Assistant Attorney
General, Tampa, for Appellee.


PER CURIAM.

            Affirmed.


VILLANTI, ATKINSON, and SMITH, JJ., Concur.